E. LEIF REID, ESQ., SBN: 5750
TARA C. ZIMMERMAN, ESQ., SBN: 12146
LEWIS ROCA ROTHGERBER LLP
50 W. Liberty Street, Suite 410
Reno, Nevada 89501
(775) 823-2900
(775) 823-2929 (FAX)
lreid@lrrlaw.com
tzimmerman@lrrlaw.com

*Attorneys for Plaintiffs*

CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. SBN: 1216
J. COLBY WILLIAMS, ESQ., SBN: 5549
PHILLIP R. ERWIN, ESQ., SBN: 11563
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702)382-5222
Facsimile: (702)382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com
pre@campbellandwilliams.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BONANZA BEVERAGE COMPANY, a Nevada corporation; CROWN BEVERAGES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DESCHUTES BREWERY, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:13-cv-01827-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, plaintiffs, BONANZA BEVERAGE, a Nevada corporation and CROWN BEVERAGES, INC., a Nevada corporation, and defendant, DESCHUTES BREWERY, INC., a foreign corporation, that the above-

-1-  4055197.1

entitled matter being fully compromised and settled, be dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

Dated this 26th day of November, 2013.

| LEWIS ROCA ROTHGERBER LLP | CAMPBELL & WILLIAMS |
|---|---|
| */s/ E. Leif Reid* | */s/ J. Colby Williams* |
| E. LEIF REID ESQ.<br>TARA C. ZIMMERMAN, ESQ.<br>50 West Liberty St., Ste. 410<br>Reno, Nevada 89501<br>*Attorneys for Plaintiffs* | J. COLBY WILLIAMS<br>700 South Seventh Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED:**

**DATED** this 26th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge